**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case Nos. 13-80201-CR-UNGARO, 14-80151-CR-RYSKAMP**

**UNITED STATES OF AMERICA**

**v.**

**MICHAEL STAPLETON,**
        **a/k/a "Mike,"**

        **Defendant.**
_____/

**NOTICE OF FILING AFFIDAVIT IN SUPPORT**
**OF REQUEST FOR EXTRADITION AND ATTACHED EXHIBITS**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files its Affidavit in Support of Request for Extradition, with attached exhibits. The documents are being translated and submitted to the government of Germany in support of a formal request for the extradition of Michael Stapleton by the Office of International Affairs of the Department of Justice.   Defendant Stapleton is currently in custody in Germany.

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

By:    /s/ Alexandra Chase
       ALEXANDRA CHASE
       ASSISTANT UNITED STATES ATTORNEY
       District Court No. A5501746
       500 South Australian Avenue, Suite 400
       West Palm Beach, Florida 33401
       Tel: (561) 209-1011
       Fax: (561) 659-4526
       alexandra.chase@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 8, 2018, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF.

/s/ Alexandra Chase
ALEXANDRA CHASE
Assistant United States Attorney